

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2019

No. 04-18-00849-CV

Craig Erich **HEILMANN**,
Appellant

v.

Deanna Raw **HEILMANN**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-02542
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant's motion to reset the deadline for appellant's brief is GRANTED. Appellant's motion states appellant has requested and paid for the reporter's records of the following hearings: (1) October 19, 2018 hearing to be prepared by Mr. David Zarate; and (2) September 7, 2018 hearing to be prepared by Mr. Luis Duran. It is therefore ORDERED that the reporter's records of the October 19, 2018 and September 7, 2018 hearings be filed in this court no later than thirty days from the date of this order. Appellant's brief will be due thirty days after the last reporter's record is filed.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court